FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 18, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSHUA C. BUTLER, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>G4S SECURE SOLUTIONS (USA), INC.,<br><br>　　　　　　　Defendant. | NO: 2:19-CV-194-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is Plaintiff's Notice of Dismissal with Prejudice, ECF No. 56. Having reviewed the Notice and the record, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Notice of Dismissal with Prejudice, **ECF No. 56**, is **APPROVED**.

2. Plaintiff's Complaint and all claims therein are dismissed **with prejudice** and without fees or costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  4. All scheduled court hearings, if any, are **STRICKEN**.

2  **IT IS SO ORDERED**.  The District Court Clerk is directed to enter this

3  Order, enter judgment of dismissal with prejudice, provide copies to counsel, and

4  **close this case**.

5  **DATED** May 18, 2020.

            *s/ Rosanna Malouf Peterson*
            ROSANNA MALOUF PETERSON
            United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2